IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

WILLIAM ARTHUR WALSH,

     Appellant,

v.

     Case No.  5D22-2298
     LT Case No. 2018-CA-00704

STATE OF FLORIDA,

     Appellee.
_____/

Decision filed May 2, 2023

Appeal from the Circuit Court
for Flagler County,
Terence R. Perkins, Judge.

Matthew J. Metz, Public Defender,
and Teresa D. Sutton, Assistant
Public Defender, Daytona Beach, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Douglas T. Squire,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.

    AFFIRMED.

LAMBERT, C.J., MAKAR and KILBANE, JJ., concur.